```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 27777
    EDDIE SHERDEN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2562


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/16/2008 and was not confirmed.

     The case was dismissed without confirmation 01/28/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
TERESA SMITH               NOTICE ONLY     NOT FILED            .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED            .00            .00
IL STATE DISBURSEMENT UN   UNSECURED       NOT FILED            .00            .00
AMERICAN EXPRESS           UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          708.07            .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED         5782.85            .00            .00
FIRST NATIONAL BANK OF M   UNSECURED       NOT FILED            .00            .00
HOUSEHOLD                  UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          646.15            .00            .00
MARIN                      UNSECURED       NOT FILED            .00            .00
JOHN PEIRCE                NOTICE ONLY     NOT FILED            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         1084.01            .00            .00
PRA RECEIVABLES MGMT       UNSECURED         2013.01            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,484.00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                    --------------       --------------
TOTALS                   .00                  .00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 27777 EDDIE SHERDEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |